David J. Kaminski (SBN 128509)
Kaminskid@cmtlaw.com
Tamar Gabriel Ellyin (SBN 266860)
Gabrielt@cmtlaw.com
**CARLSON & MESSER LLP**
5901 W. Century Blvd., Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
*CREDIT ONE BANK, N.A.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADONA HAJIZADEH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Experian Information Solutions, Inc.; Equifax, Inc., TransUnion, LLC; Credit One, National Association and DOES 1 through 100 inclusive,<br><br>　　　　Defendants. | ) CASE NO. 5:17-cv-01813-EJD<br>)<br>)<br>) **NOTICE OF SETTLEMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

　　　　PLEASE TAKE NOTICE that a settlement has been reached between Plaintiff, MADONA HAJIZADEH and Defendant CREDIT ONE BANK, N.A. ("Credit One"). The parties anticipate that they will complete the settlement, and file a stipulation of dismissal with prejudice, within 45 days from the date of this notice.

　　　　In light of the settlement, the parties respectfully request that the Court take off calendar all future hearing dates in this case with respect to Credit One.

/ / /

/ / /

1
2

DATED:  January 17, 2018                    CARLSON & MESSER LLP

3
4
5

By:  /s/ Tamar Gabriel
     David J. Kaminski
     Tamar Gabriel Ellyin
     Attorneys for Defendant,
     *CREDIT ONE BANK, N.A.*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>CERTIFICATE OF SERVICE</u>**

  I, Tamar Gabriel Ellyin, hereby certify that on this 17th day of January, 2018, a true and accurate copy of the foregoing Notice of Settlement were served via the District Court ECF System on the Following:


  Email: jangelo@sagarialaw.com
      egale@sagarialaw.com
      sjohnson@sagarialaw.com
      sjsagaria@sagarialaw.com

         /s/Tamar Gabriel Ellyin
         Tamar Gabriel Ellyin
         CARLSON & MESSER LLP